UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/31/07

CR 07-00442SBA                         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**THOMAS WILLIAMS**
**RAFAEL MIRANDA**                     Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u>CHINIHAYI COLEMAN</u>                    <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark            <u>DIANE SKILLMAN</u>
                                       Court Reporter

  Interpreter                          Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/16/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>10/16/07</u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc:

Case 4:07-cr-00442-SBA    Document 14    Filed 07/31/2007    Page 2 of 2