SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

GARTH HIRE (CSBN 187330)
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   FAX: (510) 637-3724
   Email: garth.hire@usdoj.gov; chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> THOMAS RICHARD WILLIAMS and ) <br> RAFAEL MIRANDA, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 07-00442 (SBA) <br><br> NOTICE OF SUBSTITUTION OF <br> COUNSEL FOR THE UNITED STATES |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearances of Garth Hire and Chinhayi Coleman, Assistant United States Attorneys, and to withdraw the appearance of Michelle Morgan-Kelly, the Assistant United States Attorney who was formerly assigned to represent Plaintiff United States of America in this case. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and

SUBSTITUTION OF ATTORNEYS
CR 07-00442 (SBA)

1  communications from the Court will in the future be directed to AUSAs Garth Hire and Chinhayi
2  Coleman at the above mailing address, telephone number, facsimile number and e-mail
3  addresses.

5  DATED: August 2, 2007                    Respectfully submitted,

6                                            SCOTT N. SCHOOLS
                                            United States Attorney

9                                            _____/s/_____
                                            GARTH HIRE
                                            CHINHAYI COLEMAN
10                                           Assistant United States Attorneys

SUBSTITUTION OF ATTORNEYS
CR 07-00442 (SBA)