1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  GARTH HIRE (CSBN 187330)
   CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340-S
       Oakland, CA 94612
7      Telephone: (510) 637-3924
       FAX: (510) 637-3724
8      Email: garth.hire@usdoj.gov; chinhayi.j.coleman@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

14
   UNITED STATES OF AMERICA,         )   No. CR 07-00442 (SBA)
15                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
16                                   )   ORDER FOR PRE-PLEA PRESENTENCE
       v.                            )   REPORT RE CRIMINAL HISTORY
17                                   )   ONLY OF THOMAS RICHARD
   THOMAS RICHARD WILLIAMS and       )   WILLIAMS
18 RAFAEL MIRANDA,                   )
                                     )
19       Defendants.                 )
                                     )
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA PRESENTENCE REPORT
CR 07-00442 (SBA)

## STIPULATION

The United States and defendant Thomas Richard Williams are contemplating a binding plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). A pre-plea presentence report as to criminal history only would provide the parties with certainty as to the applicable sentencing guideline range. Accordingly, the parties request that the U.S. Probation Office be ordered to prepare a presentence report as to criminal history only pertaining to defendant Thomas Richard Williams.

SO STIPULATED.

DATED: August 2, 2007

SCOTT N. SCHOOLS
United States Attorney

GARTH HIRE
CHINHAYI COLEMAN
Assistant United States Attorneys

SO STIPULATED.

DATED: August 3, 2007

JEROME MATTHEWS
Attorney for Defendant
Thomas Richard Williams

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that the U.S. Probation Office prepare a pre-plea presentence report as to criminal history only pertaining to defendant Thomas Richard Williams.

IT IS SO ORDERED.

Dated: _____

SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA PRESENTENCE REPORT
CR 07-00442 (SBA)