SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

GARTH HIRE (CSBN 187330)
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone:  (510) 637-3924
   FAX:  (510) 637-3724
   Email:  garth.hire@usdoj.gov; chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS RICHARD WILLIAMS and ) <br> RAFAEL MIRANDA, ) <br> ) <br>     Defendants. ) <br> _____ ) | No. CR 07-00442 (SBA) <br><br> STIPULATION AND ORDER FOR PRE-PLEA PRESENTENCE REPORT RE CRIMINAL HISTORY ONLY OF THOMAS RICHARD WILLIAMS |

STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA PRESENTENCE REPORT
CR 07-00442 (SBA)

## STIPULATION

The United States and defendant Thomas Richard Williams are contemplating a binding plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). A pre-plea presentence report as to criminal history only would provide the parties with certainty as to the applicable sentencing guideline range. Accordingly, the parties request that the U.S. Probation Office be ordered to prepare a presentence report as to criminal history only pertaining to defendant Thomas Richard Williams.

SO STIPULATED.

DATED: August 2, 2007        SCOTT N. SCHOOLS
                             United States Attorney


                             _____
                             GARTH HIRE
                             CHINHAYI COLEMAN
                             Assistant United States Attorneys

SO STIPULATED.

DATED: August ___, 2007      _____
                             JEROME MATTHEWS
                             Attorney for Defendant
                             Thomas Richard Williams

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that the U.S. Probation Office prepare a pre-plea presentence report as to criminal history only pertaining to defendant Thomas Richard Williams.

IT IS SO ORDERED.

Dated: 8/13/07               _____
                             SAUNDRA BROWN ARMSTRONG
                             United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA PRESENTENCE REPORT
CR 07-00442 (SBA)