UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/16/07

CR 07-00442SBA    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**THOMAS RICHARD WILLIAMS**     **JEROME MATTHEWS**
**RAFAEL MIRANDA**              **GEOFFREY MORRISON**
                                 Present (X) Not Present ( ) In Custody (X)

**DEFENDANT(S)**

**CHINHAYI COLEMAN**
**GARTH HIRE**
**U.S. ATTORNEY**               **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk: Lisa R. Clark            STARR WILSON
                                        Court Reporter

Interpreter                             Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 11/27/07

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  11/27/07  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: