**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 11/27/07

CR 07-00442SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**THOMAS RICHARD WILLIAM**
**RAFAEL MIRAND**                           Present (X) Not Present ( ) In Custody (X)
     **DEFENDANT(S)**

                                            JEROME MATTHEWS
 <u>GARTH HIRE</u>                                <u>S/A JAN RONIS</u>
**U.S. ATTORNEY**                            **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk: Lisa R. Clark               <u>STARR WILSON</u>
                                               **Court Reporter**


 **Interpreter**                             **Probation Officer**
                              **PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>ATTORNEY JAN RONIS APPEARED WITH A SUBSTITUTION OF COUNSEL AND APPLICATION PRO HAC VICE; COURT ADVISE COUNSEL THAT HIS PRO HAC VICE APPLICATION WAS NOT COMPLETE BECAUSE HE FAILED TO INCLUDE THE LOCAL COUNSEL INFORMATION; COURT REFUSED TO SIGN SUBSTITUTION OF COUNSEL UNTIL COUNSEL COMPLETED THE PRO HAC VICE APPLICATION CORRECTLY ; COURT ALLOWED COUNSEL TO SPECIALLY APPEAR FOR RAFAEL MIRAND; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 12/11/07; COURT ADVISED COUNSEL THAT HE SHOULD RE-SUBMIT HIS CORRECTED APPLICATION AND BE APPROVED BEFORE THE NEXT APPEARANCE</u>
                              **PROCEEDINGS**

**Case Continued to <u>12/11/07</u>           for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**

**cc:**