SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                     )<br>      Plaintiff,              )<br>                                     )<br>    v.                           )<br>                                     )<br>THOMAS RICHARD WILLIAMS, and )<br>RAFAEL MIRANDA,       )<br>                                   )<br>      Defendants.       )<br>_____) | No. CR 07-00442 SBA<br><br>STIPULATION TO SCHEDULE<br>HEARING FOR CHANGE OF PLEA AND<br>SENTENCING; AND ORDER<br>EXCLUDING TIME |

      Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

      1.      The government and defendants have reached a negotiated disposition in which defendants would plead guilty to separate binding plea agreements.

      2.      Accordingly, the parties hereby submit the proposed plea agreements, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

           (a)      That the parties have submitted plea agreements for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on March 11, 2008; and that the time period from December 11, 2007, through March 11, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

| | |
|---|---|
| DATE: December 7, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/[1]<br>GARTH HIRE<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| DATE: December 7, 2007 | /s/<br>JEROME MATTHEWS, ESQ. |
| | Counsel for Thomas Richard Williams |
| DATE: December 7, 2007 | /s/<br>JAN RONIS, ESQ. |
| | Counsel for Rafael Miranda |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on March 11, 2008. Time is excluded for purposes of the Speedy Trial Act from December 11, 2007, through the hearing date of March 11, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Rule of Criminal Procedure 11(c)(1)(C). The United States Probation Office is ordered to prepare a Presentence Report for defendants.

DATED: 12/11/07

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE