UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER                                          CR-07-00442 SBA
DEFENDANT'S NAME                          THOMAS RICHARD WILLIAMS
DEFENDANT'S COUNSEL                              JEROME MATTHEWS
DUE DATE                                               3/11/08 @ 10:00 AM

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| _____X_____ | Pre-Plea Presentence Investigation |
| _____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: _Lisa R. Clark_

Lisa R. Clark, Deputy Clerk

Dated:12/11/

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:*_____]
Defendant's address: _____

_____

_____