BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMAS WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 00442 SBA |
| Plaintiff, | ) ) | THOMAS WILLIAMS'S SENTENCING MEMORANDUM |
| vs. | ) ) | Date: March 11, 2008 |
| THOMAS WILLIAMS, | ) ) | Time: 10:00 a.m. |
| Defendant. | ) ) | |

On March 11, 2008, Thomas Williams will plead guilty to a single count of conspiracy to possess unregistered firearms. Mr. Williams cooperated with police following his arrest and confessed his involvement in the charged offense. He chose not to challenge any aspect of the government's case, refrained from filing any motions, and, from inception, has been prepared to accept responsibility for and suffer the consequences of his conduct.

Under the circumstances, Mr. Williams will forego an extended discussion of recent Supreme Court decisions on sentencing. The plea agreement contemplates a sentence of sixty months, the statutory maximum for the charged offense. The parties concur that a sentence at the statutory maximum adequately serves the goals of sentencing prescribed by 18 U.S.C. §3553(a).

1   For the reasons stated, Mr. Williams respectfully requests that the Court sentence him to
2   sixty months in conformity with the terms of the proposed plea agreement.

5   Dated: March 4, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

JEROME E. MATTHEWS
Assistant Federal Public Defender