# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 6, 2008

The Honorable Saundra Brown Armstrong
United States District Judge
1301 Clay Street
Oakland, CA 94612

    Re:    <u>United States v. Thomas Williams</u>
            CR-07-00442 SBA

Dear Judge Armstrong:

    Teri Williams, Thomas Williams's wife, asked that I forward the attached letter of support for incorporation into Mr. Williams's sentencing memorandum. I received it via fax after the memorandum had been filed.

                                    Sincerely,

                                    BARRY J. PORTMAN
                                    Federal Public Defender

                                    /S/
                                  JEROME E. MATTHEWS
                                  Assistant Federal Public Defender

cc:    AUSA Garth Hire
        USPO Jessica Goldsberry