Terri Williams
28181 Chula Vista Drive
Sun City, CA 92586
951-246-0194     951-453-4174

Your Honor:

    I'm asking you to consider the welfare of our family, when you sentence my husband of 28 years, Thomas R. Williams on March 11, 2008.
I'm Mrs. Williams, 57 years old, having health issues. The last 9 months, without his support, emotionly and physically, I've had no income; been unable to work, and our 2 daughters have been under a great burden helping me.

My health has declined and has been incredible debilitating. I am currently under the care of a team of doctors at Kaiser Permanente. They have recommended Social Security Disability for me. They're helping me with that process; unfortunately, it can take as long as two years, to be approved to receive benefits.

Thomas is the backbone of our world. *We love* him completely; we're concerned about his health. In March of 2007, he had five stints put in his heart. Thomy has not had the rehabilitation, checkups, required for after care. He has stage 2 Diabetes and was seeing his doctor on regular basis.

Over the last 20 years Thomy has been volunteering in the community, coaching football at Midway Baptist Church, San Diego, CA (we were all baptized there) and attended this Church as a family over 10 years we.
We've worked with **S.T.O.P.** (Save The Orphaned Pets) a Non Profit Organization for the rescue and adoption of abandoned, injured, and unwanted animals.

We were volunteering at **LAP** (Lend A Paw, Non Profit Foundation.) We rescue and train service dogs for people with special needs. I am being assisted by, Lend A Paw with my Service Dog that I need. I was helping educate others to work with their Service Dog Teams. I'm unable to assist at this time. The Board of Directors needs our support to resume as soon as possible. Thomy has a loving supporting strong family and friend's network.

Most Sincerely from the bottom of my heart,

*Terri Williams*