**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 3/11/08

CR 07-00442SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>


**RICHARD WILLIAMS**                   Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**


<u> GARTH HIRE </u>                          <u>   JEROME MATTHEWS  </u>
**U.S. ATTORNEY**                          **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:  Lisa R. Clark**            <u>   DIANE SKILLMAN   </u>
                                                              **Court Reporter**

                                                      <u> JESSICA GOLDSBERRY  </u>
 **Interpreter**                              **Probation Officer**
                                                      **PROCEEDINGS**

**REASON FOR HEARING:    CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
                                                                                                               **RESULT**
**OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT;**


**JUDGMENT:  60  MONTHS  BOP;  3  YEARS  SUPERVISED  RELEASE;  $100.00  SPECIAL ASSESSMENT SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**


**PROCEEDINGS**

**Case Continued to**_____**for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**____**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**